**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

   **v.**                                                                          Case No. 06-cr-18-PB

<u>Travis Blodgett and
Avery Blodgett</u>

<u>**O R D E R**</u>

     The defendants have moved to continue the December 5, 2006 trial in the above case, citing the need for additional time to complete pretrial matters and prepare a defense.  The government does not object to a continuance of the trial date.

     Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 5, 2006 to January 9, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 19, 2007 at 4:30 p.m.

SO ORDERED.

					/s/Paul Barbadoro
					Paul Barbadoro
					United States District Judge

December 4, 2006

cc:	Richard Foley, Esq.
	Glenn Geiger, Esq.
	Donald Feith, AUSA
	United States Probation
	United States Marshal